Filing # 147550800 E-Filed 04/12/2022 03:46:22 PM

IN THE CIRCUIT COURT FOR THE SECOND JUDICIAL CIRCUIT
IN AND FOR GADSDEN COUNTY, FLORIDA

KAREN SMITH,

    Plaintiff,

CASE NO: 22000228CAA

vs.

JOHN ELLIS JR., TRUCKS FOR YOU INC.,
And GEICO INDEMNITY COMPANY,

    Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFFS OF STATE

YOU ARE HEREBY COMMANDED to serve this Summons and Complaint on

**Defendant to be served:**     **GEICO INDEMNITY COMPANY**
    **C/O REGISTERED OFFICER**
    **200 E. GAINES ST**
    **TALLAHASSEE, FL 32399**

    Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorneys, **SKY LAW FIRM, ANDREW SKY, ESQ. 3333 W. COMMERCIAL BLVD., SUITE 105, FORT LAUDERDALE, FLORIDA 33309**, within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

DATED: April 13, 2022

Nicholas Thomas
As Clerk of Court

By: _____
as Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's Attorney, Andrew Sky, Esq., Sky Law Firm, 3333 W. Commercial Blvd., Suite 105, Fort Lauderdale, FL 33309, Telephone number 305-320-4529 and fax 305-909-9548. If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Americans with Disabilities Act Coordinator, Office of the Court Administrator, 201 SE 6th Street, Room 20140, Fort Lauderdale, Florida 33301; telephone number (954) 831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como Plaintiff's Attorney, Andrew Sky, Esq., Sky Law Firm, 3333 W. Commercial Blvd., Suite 105, Fort Lauderdale, FL 33309, Telephone number 305-320-4529 and fax 305-909-9548. Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Diana Sobel, Americans with Disabilities Act Coordinator, Office of the Court Administrator, 201 SE 6th Street, Room 20140, Fort Lauderdale, Florida 33301; teléfono número (954) 831-7721, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente

después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au Plaintiff's Attorney, Andrew Sky, Esq., Sky Law Firm, 3333 W. Commercial Blvd., Suite 105, Fort Lauderdale, FL 33309, Telephone number 305-320-4529 and fax 305-909-9548. Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Diana Sobel, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan la ki nan 201 SE 6th Street, Room 20140, Fort Lauderdale, Florida 33301; telefòn li se (954) 831-7721 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.