Filing # 147550800 E-Filed 04/12/2022 03:34:27 PM

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR
GADSDEN COUNTY, FLORIDA CIVIL DIVISION

KAREN SMITH,   CASE NO.:

    Plaintiff,
vs.

JOHN ELLIS JR., TRUCKS FOR YOU INC.,
GEICO INDEMNITY COMPANY,

    Defendants.
_____/

## COMPLAINT AND JURY TRIAL DEMAND

**COMES NOW**, Plaintiff, KAREN SMITH, by and through their undersigned counsel, and sue the Defendants, JOHN ELLIS JR., TRUCKS FOR YOU INC., GEICO INDEMNITY COMPANY and allege:

## COMMON ALLEGATIONS

1. This is an action for damages which exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00) and is therefore within the subject matter jurisdiction of this Court.

2. The Plaintiff, KAREN SMITH, was and is a resident of Gadsden County, Florida at all times material hereto and is otherwise sui juris.

3. The Defendant, JOHN ELLIS JR., was and is a resident of Guadalupe County, Texas, at all times material hereto.

4. The Defendant, TRUCKS FOR YOU INC., as a corporation authorized to do business and doing business in Guadalupe County, Texas.

5. The Defendant, GEICO INDEMNITY COMPANY as a corporation authorized to do business and doing business in Gadsden County, Florida

6. That on or about July 3rd, 2020, in Bedford County, Pennsylvania, Plaintiff, KAREN SMITH was the passenger in a motor vehicle traveling east bound on Lincoln Highway approaching Post House Road in Bedford County, Pennsylvania.

7. At that time and place, Defendant, JOHN ELLIS JR., operated a motor vehicle owned by Defendant, TRUCKS FOR YOU INC., and was traveling west bound on Lincoln Highway approaching Post House Road, and proceeded to U-turn without observing, in Bedford County, Pennsylvania.

8. At that time and place aforesaid, Defendant, JOHN ELLIS JR., negligently operated and/or maintained Defendant, TRUCKS FOR YOU INC., motor vehicle so as to cause it to collide with motor vehicle Plaintiff, KAREN SMITH, was a passenger in.

## COUNT I – CLAIM OF PLAINTIFF KAREN SMITH AGAINST DEFENDANT DORIS AUGUSTE

9. That the Plaintiff, KAREN SMITH, realleges and reavers the allegations contained in paragraphs 1 through 8, and further states:

10. As a direct and proximate result of Defendant's negligence, Plaintiff, KAREN SMITH, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, inconvenience, loss of capacity of the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of ability to earn money and aggravation of a previously existing condition. The losses are permanent of continuing, and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

**WHEREFORE**, Plaintiff, KAREN SMITH, demands judgment for damages exceeding Thirty Thousand Dollars against the Defendant, JOHN ELLIS JR., plus interest and costs. The Plaintiff further demands trial by jury.

## COUNT II- CLAIM OF PLAINTIFF KAREN SMITH AGAINST DEFENDANT, TRUCKS FOR YOU INC., (Vicarious Liability)

11.     The Plaintiff, KAREN SMITH, re-affirms and re-alleges each of the allegations contained in paragraphs 1 through 10, as if they were fully and completely set forth herein, and further would allege as follows:

12.     At all times material to this action, Defendant, JOHN ELLIS JR., was operating the motor vehicle owned by Defendant, TRUCKS FOR YOU INC., with the knowledge, permission, and consent of Defendant, TRUCKS FOR YOU INC.

13.     Defendant, TRUCKS FOR YOU INC., is responsible for the negligence of Defendant, TRUCKS FOR YOU INC. under Florida's Dangerous Instrumentality Doctrine.

14.     That as a direct and proximate result of said Defendant, TRUCKS FOR YOU INC., negligence, as pled herein, the Plaintiff, KAREN SMITH, was injured in and around her body and extremities and/or aggravated a pre-existing condition; suffered pain therefrom; suffered physical handicap; suffered disfigurement; suffered mental pain and suffering; suffered loss of income in the past and will do so in the future; suffered loss for the capacity for the enjoyment of life; and/or incurred medical expenses for the care and treatment of his injuries. Said injuries are permanent and are continuing in nature, and the Plaintiff will continue to suffer these losses and impairments in the future. Plaintiff's motor vehicle was also damaged.

**WHEREFORE**, the Plaintiff, KAREN SMITH, prays for entry of a judgment against the Defendant, TRUCKS FOR YOU INC., in an amount in excess of Thirty Thousand ($30,000.00) dollars, plus costs, and the Plaintiff further demands trial by jury of all issues in this cause so triable as a matter of right.

## COUNT III- UM CLAIM OF PLAINTIFF KAREN SMITH AGAINST GEICO INDEMNITY COMPANY

15. The Plaintiff, KAREN SMITH, re-affirms and re-alleges each of the allegations contained in paragraphs 1 through 14, as if they were fully and completely set forth herein, and further would allege as follows:

16. At all times material to this action, Defendant, GEICO INDEMNITY COMPANY, issued and delivered to Plaintiff a policy of insurance which was in full force and effect on the date of the accident.

17. Under the terms of the insurance policy, Defendant, GEICO INDEMNITY COMPANY, provided non-stacked uninsured/underinsured motorist coverage for Plaintiff in the amount of $25,000.

18. Defendant. GEICO INDEMNITY COMPANY, has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

19. Plaintiff has furnished Defendant, GEICO INDEMNITY COMPANY, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, GEICO INDEMNITY COMPANY, has refused to pay Plaintiff for the full value of the claim.

**WHEREFORE**, the Plaintiff, KAREN SMITH, demands judgment for damages against Defendant, GEICO INDEMNITY COMPANY.

Dated: April 12th, 2022

Sky Law Firm, P.A.
3333 W. Commercial Blvd.
Suite 105
Fort Lauderdale, FL 33309
Phone: (305) 320-4529
skylawservice@gmail.com

/s/ *Andrew J. Sky, Esq.*
Andrew J. Sky, Esquire
FL Bar No: 96843
Devin P. Tison, Esquire

FL Bar No: 95225